UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRI LEWIS STEVENS and** | * | **CIVIL ACTION NO: 20-00928** |
| **JENNIFER AND CRAIG RIVERA** | * | |
| | * | |
| **VERSUS** | * | **SECTION L(1)** |
| | * | |
| **THE ST. TAMMANY PARISH** | * | **JUDGE FALLON** |
| **GOVERNMENT and THE STATE OF** | * | |
| **LOUISIANA THROUGH ITS** | * | **MAG. JUDGE VAN MEERVELD** |
| **LOUISIANA DEPARTMENT OF** | * | |
| **ENVIRONMENTAL QUALITY** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

Defendant State of Louisiana through its Louisiana Department of Environmental Quality, through its undersigned counsel and pursuant to Local Rule 78.1, requests oral argument on its motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted (rec. doc. 66).  That motion has been noticed for submission before the Honorable Eldon E. Fallon, United States District Judge, United States District Court for the Eastern District of Louisiana Court on **May 27, 2020 at 9:00 a.m.**

    Respectfully submitted,

*/s/ Richard L. Traina*
**RICHARD L. TRAINA, La. Bar No. 22170, T.A.**
**RYAN M. SEIDEMANN, La. Bar No. 28991**
**Assistant Attorneys General**
**Louisiana Department of Justice**
**P. O. Box 94005**
**Baton Rouge, Louisiana 70804-9005**
**Telephone:  (225) 326-6030**
**Telecopier: (225) 326-6099**
**trainar@ag.louisiana.gov**
**seidemannr@ag.louisiana.gov**

--and--

TIMOTHY W. HASSINGER (#25085)
PATRICK J. SCHEPENS (#32240)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
3 Sanctuary Blvd., 3rd Floor
Mandeville, Louisiana  70471
Telephone:  (985) 674-6680
Facsimile:   (985) 674-6681
Special Assistant Attorneys General

*Counsel for DEQ*