IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

TERRI LEWIS STEVENS and
JENNIFER AND CRAIG RIVERA                CIVIL ACTION NO.: 2:20cv00928

versus                                   SECTION "L" MAG. DIV. (1)

THE ST. TAMMANY PARISH GOVERNMENT        JUDGE FALLON
And THE STATE OF LOUISIANA, THROUGH      MAGISTRATE VAN MEERVELD
ITS LOUISIANA DEPARTMENT OF
ENVIRONMENTAL QUALITY

## MOTION TO CONTINUE HEARING ON
## MOTION FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF
## WITH REQUEST FOR EXPEDITED CONSIDERATION

NOW COMES St. Tammany Parish Government ("St. Tammany"), through its undersigned counsel, and files this Motion to Continue the hearing on the Plaintiffs' Motion for Preliminary and Permanent Injunctive Relief and would show the following:

1.      For the reasons more fully set forth in the accompanying Memorandum in Support, St. Tammany respectfully requests that the 27 May 2020 hearing on the Plaintiffs' Motion for Preliminary and Permanent Injunctive Relief be continued until after the Court has ruled on the pending motions to dismiss filed by St. Tammany and LDEQ.

2.      A short continuance is justified because the Defendants' Motions to Dismiss may obviate the need for this hearing entirely, or may limit the contested issues for the hearing.  In this respect, the requested continuance will benefit the parties and this Court.  There is no trial date or scheduling order in place, the Court has not set a Rule 16 scheduling conference, and discovery has not begun.  Therefore, short continuance to allow this Court the opportunity to rule on the pending motions to dismiss will not prejudice the parties or delay the proceedings, nor will it affect the *status quo*.

1

3.      During the course of the 7 May 2020 telephone status conference, Plaintiffs'
counsel, Mr. Louis R. Koerner, Jr., objected to any continuance of the preliminary injunction
hearing.  In contrast, counsel for LDEQ, Timothy Hassinger, has no objection to the continuance.

4.      Contemporaneously with the filing of this Motion, St. Tammany is filing a Motion
for Expedited Hearing.

WHEREFORE, for the reasons set forth hereinabove and in the Memorandum in Support
of this Motion, St. Tammany requests that the hearing on the Plaintiffs' Motion for Preliminary
and Permanent Injunctive Relief be continued until the Court has ruled on the pending Motions to
Dismiss filed by St. Tammany and LDEQ.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ D. Stephen Brouillette, Jr.
James L. Bradford, III (#23662) (T.A.)
Kirk N. Aurandt (#25336)
D. Stephen Brouillette, Jr. (#29105)
P.O. Box 5350
Covington, LA  70434-5350
Telephone:  985.871.0800
Facsimile:  985.871.0899
Physical Address:
227 Highway 21
Madisonville, LA  70447
**COUNSEL FOR DEFENDANT,
ST. TAMMANY PARISH GOVERNMENT**

**[Certificate of Service on Following Page]**

2

**<u>CERTIFICATE OF SERVICE</u>**

I do hereby certify that on this 12th day of May 2020, this document was filed using the ECF system and service on all parties was accomplished through the Notice of Electronic Filing for Filing Users.

So certified, this the 12th day of May, 2020.

/s/ D. Stephen Brouillette, Jr.