## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TERRI LEWIS STEVENS and** | * | **CIVIL ACTION NO: 20-00928** |
| **JENNIFER AND CRAIG RIVERA** | * | |
| | * | |
| **VERSUS** | * | **SECTION L(1)** |
| | * | |
| **THE ST. TAMMANY PARISH** | * | **JUDGE FALLON** |
| **GOVERNMENT and THE STATE OF** | * | |
| **LOUISIANA THROUGH ITS** | * | **MAG. JUDGE VAN MEERVELD** |
| **LOUISIANA DEPARTMENT OF** | * | |
| **ENVIRONMENTAL QUALITY** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Expedited Consideration of its Motion to Continue the May 27, 2020 Hearing, R. Doc. 73;

**IT IS ORDERED** that the Motion be and is **GRANTED**. Plaintiffs' Opposition to the Motion to Continue Hearing, if any, shall be due by Monday, May 18, 2020 and Defendant's Reply, if any, shall be due by Wednesday, May 20, 2020.

**IT IS FURTHER ORDERED** that the submission date on Defendant Louisiana Department of Environmental Quality's Motion to Continue Hearing, R. Doc. 72, is hereby RESET to Wednesday, May 20, 2020.

New Orleans, Louisiana, this 14th day of May, 2020.

_____
**UNITED STATES DISTRICT JUDGE**