UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRI LEWIS STEVENS, ET AL. | * | CIVIL ACTION NO. 20-928 |
| | * | |
| | * | SECTION: "L"(1) |
| VERSUS | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| ST. TAMMANY PARISH | * | MAGISTRATE JUDGE |
| GOVERNMENT, ET AL. | * | JANIS VAN MEERVELD |
| ************************************ | * | |

ORDER

On June 3, 2020, Plaintiffs filed a Motion for Leave to File Excess Pages in support of their Motion for Leave to File Second Amended Complaint (Rec. Doc. 86) and later the same day filed their Motion for Leave to File Second Amended Complaint with the proposed 26-page Memorandum in Support (Rec. Doc. 87).

IT IS ORDERED that the Motion for Leave to File Excess Pages (Rec. Doc. 86) is GRANTED; because the Plaintiffs have already filed their proposed Memorandum in Support, the Clerk of Court need not take any further action at this time.

On June 8, 2020, Plaintiffs filed a Motion to Expedite the hearing on their Motion for Leave to File Second Amended Complaint (Rec. Doc. 90). Plaintiffs have already filed one pleading amendment as a matter of course pursuant to Rule 15(a)(1) and are not entitled to file a second pleading without leave of court. Further, in light of the pending Motions to Dismiss,

IT IS ORDERED that the Motion to Expedite (Rec. Doc. 90) is DENIED; and

1

IT IS FURTHER ORDERED that the submission date for the Motion for Leave to File Second Amended Complaint is hereby CONTINUED to July 8, 2020.

New Orleans, Louisiana, this 10th day of June, 2020.

                                                  Janis van Meerveld
                                          United States Magistrate Judge