UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRI LEWIS STEVENS, AND JENNIFER AND CRAIG RIVERA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-928** |
| **THE ST. TAMMANY PARISH GOVERNMENT AND THE STATE OF LOUISIANA THROUGH ITS LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY** | **SECTION "L" (1)** |

### ORDER

Revising this Court's Order entered on May 18, 2020, R. Doc. 83;

**IT IS ORDERED** that oral argument on Defendant St. Tammany Parish Government's Motion to Dismiss and Defendant Louisiana Department of Environmental Quality's Motion to Dismiss, R. Docs. 65, 66, take place via telephone due to ongoing concerns with the COVID-19 pandemic. The oral argument remains scheduled for Tuesday, June 23, 2020 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the parties use the following dial in information to participate. Parties are expected to be on the line at least five minutes prior to the scheduled start time.

Dial-in: (877) 336-1839

Access Code: 4227405

New Orleans, Louisiana, this 15th day of June, 2020.

_____
ELDON E. FALLON
U.S. DISTRICT COURT JUDGE