UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS AND JENNIFER AND CRAIG RIVERA<br>Plaintiffs,<br>vs.<br>THE ST. TAMMANY PARISH GOVERNMENT AND THE STATE OF LOUISIANA THROUGH ITS LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY<br>Defendants. | CIVIL ACTION<br><br>NO. 2:20-cv-0928 (EEF)(JVM)<br>JUDGE: FALLON<br>MAGISTRATE: VAN MEERVELD |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE PENDING MOTIONS TO DISMISS AS MOOT AND OPPOSITION TO MOTIONS TO FILE REPLY MEMORANDA (DOCS. 106 AND 107)**

MAY IT PLEASE THE COURT:

### I. PERTINENT PROCEDURAL HISTORY

On June 19, 2020 at 1:58 p.m., the STPG filed a motion for leave to file Doc. 106-2, a 14-page reply brief that almost in its entirety addressed the allegations of the second amended complaint. Later that afternoon, the LDEQ filed a motion for leave to file Doc. 107-2, which attempted to accomplish the same thing and also attached a press release from the STPG trumpeting a ruling that was actually reversed (untimely) by Judge Fendlason. The LDEQ, without citing any law, complains that the second amended complaint was insufficient to dismiss the LDEQ as a party.

Despite the fact that undersigned counsel was out of town for the weekend and had no printer, he filed Doc. 108, a notice of dismissal of the LDEQ under Rule 41(A)(1)(a)(i), and cited authority to support the propriety of dismissal of a party under Rule 41 and also through amendment pursuant to Rule 15(a). Unfortunately and on account of lack of a printer, the

1

undersigned was unable to respond to the two memoranda until his return this morning to New Orleans.

On June 16, 2020, the STPG filed a 46-page brief in the state court that not only contradicts certain of the contentions made in its memoranda in support of its motions to dismiss [65-1] but may contain one or more judicial admissions that are inconsistent with the STPG's affirmative defenses of res judicata and claim preclusion that are improperly asserted by its motion to dismiss. This is filed as Exhibit 1 hereto.

## II. SUMMARY OF THE ARGUMENT

1.Quality legal work takes time. There was simply no time between Friday afternoon and the hearing on June 23, 2020 within which to address twenty-three pages of almost entirely new arguments that should have been raised by one or more new motions to dismiss, if appropriate, directed to the second amended complaint.

2.Quality work by this or any other court takes preparation and thought. This is why L.R. 7.2 requires at least fifteen days prior to the date of the notice of hearing and an opposition no later than eight days prior to the date of the hearing.

3.As the STPG's reply memorandum is equally an attempt to attack the second amended complaint, leave to file it should be denied.

## III. ARGUMENT

The Court's courtroom deputy has kindly informed the undersigned that the hearing will be restricted to the motion to dismiss filed by the STPG. Although the undersigned has a doctor's appointment in Covington at 3:00 p.m. today, every effort will be made to prepare for STPG's motion to dismiss, including its reply memorandum, if permitted to be filed.

## CONCLUSION

Given the extensive memoranda filed in support of the motion to file the second amended complaint and in support of the motion for expedited hearing of that motion, neither of which was addressed in the STPG's reply memorandum which almost exclusively addresses the second amended complaint, leave to file the reply memorandum should be denied.

>Respectfully submitted,
>KOERNER LAW FIRM
>/s/ Louis R. Koerner, Jr.
>Louis R. Koerner, Jr.
>Louisiana Bar 7817
>1204 Jackson Avenue
>New Orleans, Louisiana 70130
>New Orleans: 504-581-9569
>Telecopier: 504-324-1798
>(Cellular) 504-405-1411
>e-mail: koerner@koerner-law.com
>URL: http:/www.koerner-law.com
>*Attorneys for Terri Lewis Stevens and Jennifer and Craig Rivera*

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on June 22, 2020.

>/s/Louis R. Koerner, Jr.
>Louis R. Koerner, Jr.

3