MINUTE ENTRY
FALLON, J.
JUNE 23, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS, ET AL | CIVIL ACTION |
| VERSUS | NO. 20-928 |
| ST. TAMMANY PARISH GOVERNMENT, ET AL | SECTION: L (1) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Louis Koerner, Jr., Esq., for Plaintiffs
James Bradford, III, Esq. for Defendant St. Tammany Parish Government
Richard Traina, Esq. for Defendant Louisiana Department of Environmental Quality

Motion of Defendant, St. Tammany Parish Government, to Dismiss for Failure to State a Claim (65)

After argument was heard by telephone – Motion was taken under submission

JS10:   :28