IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS and JENNIFER AND CRAIG RIVERA | CIVIL ACTION NO.: 2:20cv00928 |
| versus | SECTION "L" MAG. DIV. (1) |
| THE ST. TAMMANY PARISH GOVERNMENT And THE STATE OF LOUISIANA, THROUGH ITS LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | JUDGE FALLON MAGISTRATE VAN MEERVELD |

## ORDER GRANTING *EX PARTE* MOTION FOR LEAVE OF COURT TO FILE REPLY BRIEF IN EXCESS OF PAGE LIMIT

CONSIDERING the foregoing *Ex Parte* Motion for Leave of Court to File Reply Brief in Excess of Page Limit filed by Defendant St. Tammany Parish Government:

**IT IS ORDERED** that Defendant St. Tammany Parish Government's *Ex Parte* Motion for Leave of Court to File Reply Brief in Excess of Page Limit is GRANTED, and St. Tammany Parish Government's Reply Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss exceeding the page limits of LR 7.7 shall be accepted and filed.

SO ORDERED, this the __8th__ day of July 2020.

_____
United States District Judge