MINUTE ENTRY
VAN MEERVELD
July 8, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS AND JENNIFER AND CRAIG RIVERA, *Plaintiffs* | CIVIL ACTION  NUMBER: 20-928 |
| VERSUS | SECTION: "L" (1) |
| THE ST. TAMMANY PARISH GOVERNMENT, ET AL., *Defendants* | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE JANIS VAN MEERVELD |

### HEARING ON MOTION

Oral argument was conducted via video conference.

COURT REPORTER:   Jodi Simcox

APPEARANCES:     Louis Koerner, Jr.. Donald Stephen Brouillete

MOTION(S):

1. Plaintiff's Motion to Enforce Waiver of Attorney-Client Privilege and for Attorney Depositions (Rec. Doc. 96).

ORDERED:

The motion is DENIED as premature.

_____
Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:11)