# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS, ET AL | CIVIL ACTION |
| VERSUS | NO. 20-928 |
| ST. TAMMANY PARISH GOVERNMENT, ET AL | SECTION: L (1) |

## J U D G M E N T

Considering the Court's Order & Reasons entered herein on July 23, 2020, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, St. Tammany Parish Government, and against plaintiffs, Terri Lewis Stevens, Craig Rivera and Jennifer Rivera, dismissing said plaintiffs' complaint, with prejudice, and costs.

New Orleans, Louisiana, this   23rd   day of July, 2020.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**