# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-30644
_____

Terri Lewis Stevens; Craig Rivera; Jennifer Rivera,

*Plaintiffs—Appellants*,

*versus*

St. Tammany Parish Government,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-928

_____

ORDER:

    IT IS ORDERED that the Appellants' opposed motion to stay further proceedings in this court to permit disposition of pending appeals in state court proceedings, is DENIED.

                                        /s/ James L. Dennis
                                    _____
                                    James L. Dennis
                                    *United States Circuit Judge*