# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 11, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-30644   Terri Stevens, et al v.
                  St. Tammany Parish Government
                  USDC No. 2:20-CV-928

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-703

Mr. Kirk Norris Aurandt
Mr. James L. Bradford III
Mr. Donald Stephen Brouillette, Jr.
Mr. Louis Roy Koerner Jr.
Ms. Carol L. Michel