

# United States Court of Appeals for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Jan 28, 2022**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-30644

United States Court of Appeals
Fifth Circuit
**FILED**
November 3, 2021
Lyle W. Cayce
Clerk

TERRI LEWIS STEVENS; CRAIG RIVERA; JENNIFER RIVERA,

*Plaintiffs—Appellants*,

versus

ST. TAMMANY PARISH GOVERNMENT,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-928

Before KING, HIGGINSON, and WILSON, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.