# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 28, 2022

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

  No. 20-30644  Stevens v. St. Tammany Parish Govt
          USDC No. 2:20-CV-928

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _Shea E. Pertuit_
        Shea E. Pertuit, Deputy Clerk
        504-310-7666

cc:
  Mr. Kirk Norris Aurandt
  Mr. James L. Bradford III
  Mr. Donald Stephen Brouillette Jr.
  Mr. Louis Roy Koerner Jr.