UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS and JENNIFER AND CRAIG RIVERA<br><br>versus<br><br>THE ST. TAMMANY PARISH GOVERNMENT and THE STATE OF LOUISIANA THROUGH ITS LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | CIVIL ACTION<br><br>NO.  2:20-cv-00928<br><br>SECTION "L" MAG. DIV. (1)<br><br>JUDGE FALLON<br><br>MAGISTRATE VAN MEERVELD |

**SUPPLEMENTAL MOTION FOR ATTORNEY'S FEES AND COSTS**

NOW COMES St. Tammany Parish Government ("St. Tammany"), through its undersigned counsel, pursuant to 33 U.S.C. § 1365(d) and 28 U.S.C. § 1927, and files this Supplemental Motion for Attorney's Fees and Costs and for the reasons more fully set forth in its Memorandum in Support of this Motion, as well as its original Motion for Attorney's Fees and Costs (Doc. 142), Plaintiffs should be assessed attorney's fees in the total amount of $158,247.50, which includes $145,892.50 through the Final Judgment and $12,355.00 for post-judgment motion practice.  In addition, St. Tammany requests that Plaintiffs' counsel, Louis R. Koerner, Jr., be assessed some or all of these attorney's fees pursuant to 28 U.S.C. § 1927 for his unreasonable and vexatious conduct in this proceeding.  St. Tammany adopts, incorporates, and restates herein the arguments made in its Motion for Attorney's Fees and Costs.  Doc. 142.

1

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ *D. Stephen Brouillette, Jr.*
James L. Bradford, III (#23662) (T.A.)
Kirk N. Aurandt (#25336)
D. Stephen Brouillette, Jr. (#29105)
P.O. Box 5350
Covington, LA  70434-5350
Telephone:  985.871.0800
Facsimile:   985.871.0899
Physical Address:
227 Highway 21
Madisonville, LA  70447
**COUNSEL FOR DEFENDANT,**
**ST. TAMMANY PARISH GOVERNMENT**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 11th day of February 2022, this document was filed using the ECF system and service on all parties was accomplished through the Notice of Electronic Filing for Filing Users.

/s/ *D. Stephen Brouillette, Jr.*

2