UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS and JENNIFER AND CRAIG RIVERA  versus  THE ST. TAMMANY PARISH GOVERNMENT and THE STATE OF LOUISIANA THROUGH ITS LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | CIVIL ACTION  NO. 2:20-cv-00928  SECTION "L" MAG. DIV. (1)  JUDGE FALLON  MAGISTRATE VAN MEERVELD |

**MEMORANDUM IN SUPPORT OF
SUPPLEMENTAL MOTION FOR ATTORNEY'S FEES AND COSTS**

NOW COMES St. Tammany Parish Government ("St. Tammany"), through its undersigned counsel, pursuant to 33 U.S.C. § 1365(d) and 28 U.S.C. § 1927, and files this Memorandum in Support of its Supplemental Motion for Attorney's Fees and Costs and would show the following:

**St. Tammany's Original Motion for Attorney's Fees and Costs**

As the prevailing party in this litigation, St. Tammany filed its "Motion for Attorney's Fees and Costs" (Doc. 142) on 6 August 2020 requesting that Plaintiffs be assessed attorney's fees in the amount of $145,892.50 pursuant to 33 U.S.C. § 1365(d). In addition, St. Tammany requested that some or all of the attorney's fees awarded by this Court be assessed against Plaintiffs' counsel, Louis R. Koerner, Jr., pursuant to 28 U.S.C. § 1927 for his unreasonable and vexatious multiplication of these proceedings in pursuit of a meritless claim in derogation of his duties to this Court and opposing parties. St. Tammany's Motion is still pending before this Court.

St. Tammany adopts, incorporates, and restates herein the arguments made in its Motion for Attorney's Fees and Costs. Doc. 142.

1

### **Plaintiffs' Unsuccessful Post-Judgment Motion Practice**

Plaintiffs' motion practice before this Court did not stop with the Final Judgment (Doc. 140) entered on 23 July 2020, however. Plaintiffs filed post-judgment pleadings, including specifically their Motion to Alter Judgment under Rule 59(e) (Doc. 143) and Motion for Leave to File a Third Amended Complaint (Doc. 146).

Plaintiffs' identified three (3) reasons why their Motion to Alter Judgment should be granted: (1) that Plaintiffs' appeals in the state court drainage litigation were still pending (citing to irrelevant jurisprudence from other jurisdictions); (2) that this Court applied an incorrect legal standard when ruling on St. Tammany's Rule 12(b)(6) Motion to Dismiss (citing to a single case appealing a summary judgment, not a Rule 12(b)(6) dismissal); and, (3) that Plaintiffs should be permitted to amend their complaint a third time. St. Tammany opposed Plaintiffs' Motion noting that none of the arguments raised by Plaintiffs were grounds for altering the judgment under Rule 59(e). *See* Doc. 162.

This Court denied Plaintiffs' Motion to Alter Judgment (Doc. 166) on 15 October 2020, incorporating several of St. Tammany's positions into its Order and Reasons.

Similarly, St. Tammany opposed Plaintiffs' Motion for Leave to File a Third Amended Complaint by filing a Motion to Strike (Doc. 149) and seeking expedited consideration. St. Tammany argued that under controlling Fifth Circuit authority, Plaintiffs' Motion to amend its complaint a third time was premature until this Court ruled on their Rule 59(e) Motion to Alter Judgment and should therefore be stricken. This Motion for Leave to Amend Plaintiffs' Complaint yet a third time was clearly frivolous in light of the controlling authority cited by St. Tammany.

Both Plaintiffs' Motion for Leave to Amend and St. Tammany's Motion to Strike were referred to the Magistrate Judge, who expedited consideration of the Motions. Although the

Magistrate Judge technically denied St. Tammany's Motion to Strike, treating it instead as an opposition to Plaintiffs' Motion, she ultimately denied Plaintiffs' Motion for Leave to Amend as premature citing the very authorities identified by St. Tammany in its Motion.  Doc. 156.  Consequently, St. Tammany's Motion to Strike was successful in having this Court refuse to consider Plaintiffs' proposed third amended complaint until *after* it ruled on Plaintiffs' Rule 59(e) Motion.

Just hours after this Court denied Plaintiffs' Rule 59(e) Motion on 15 October 2020 (Doc. 166), Plaintiffs filed their Notice of Appeal (Doc. 167).

The United States Court of Appeal for the Fifth Circuit affirmed this Court's rulings in all respects on 3 November 2021, including this Court's rulings on Plaintiffs' post-trial motions.  *See Stevens v. St. Tammany Parish Gov't*, 17 F.4th 563 (5th Cir. 2021).  Plaintiffs' applications to the Fifth Circuit for rehearing were denied and the Fifth Circuit's Mandate issued on 28 January 2022 (Doc. 178).

### St. Tammany's Post-Judgment Litigation Costs

As more fully detailed in the Affidavit of James L. Bradford, III, the litigation costs reasonably incurred by St. Tammany Parish Government in post-judgment motion practice are $12,355.00.  *See* Exhibit 1 (Affidavit of James L. Bradford, III).

St. Tammany files this Supplemental Motion for Attorney's Fees and Costs pursuant to 33 U.S.C. 1365(d) to have Plaintiffs assessed with those additional litigation costs incurred by St. Tammany following this Court's Final Judgment and its original Motion for Attorney's Fees. Moreover, St. Tammany requests that Plaintiffs' counsel, Louis R. Koerner, Jr., be assessed some or all of these attorney's fees pursuant to 28 U.S.C. § 1927 for his unreasonable and vexatious conduct in this proceeding.

**Conclusion**

For the reasons set forth hereinabove, as well as those set forth in its original Motion for Attorney's Fees and Costs (Doc. 142), St. Tammany Parish Government respectfully requests that the Plaintiffs be assessed attorney's fees in the total amount of $158,247.50, which includes $145,892.50 through the Final Judgment and $12,355.00 for post-judgment motion practice. In addition, St. Tammany requests that Plaintiffs' counsel, Louis R. Koerner, Jr., be assessed some or all of these attorney's fees pursuant to 28 U.S.C. § 1927 for his unreasonable and vexatious conduct in this proceeding.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ *D. Stephen Brouillette, Jr.*
James L. Bradford, III (#23662) (T.A.)
Kirk N. Aurandt (#25336)
D. Stephen Brouillette, Jr. (#29105)
P.O. Box 5350
Covington, LA  70434-5350
Telephone:  985.871.0800
Facsimile:   985.871.0899
Physical Address:
227 Highway 21
Madisonville, LA  70447
**COUNSEL FOR DEFENDANT,
ST. TAMMANY PARISH GOVERNMENT**

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 11th day of February 2022, this document was filed using the ECF system and service on all parties was accomplished through the Notice of Electronic Filing for Filing Users.

/s/ *D. Stephen Brouillette, Jr.*