UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS and JENNIFER AND CRAIG RIVERA<br><br>versus<br><br>THE ST. TAMMANY PARISH GOVERNMENT and THE STATE OF LOUISIANA THROUGH ITS LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | CIVIL ACTION<br><br>NO. 2:20-cv-00928<br><br>SECTION "L" MAG. DIV. (1)<br><br>JUDGE FALLON<br><br>MAGISTRATE VAN MEERVELD |

## **AFFIDAVIT OF JAMES L. BRADFORD, III**

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public, came and appeared **JAMES L. BRADFORD, III**, who, after being sworn, did depose and state:

1. I am over the age of majority and competent to make this Affidavit.

2. I am the managing partner of Daigle, Fisse & Kessenich, PLC, counsel of record for St. Tammany Parish Government ("St. Tammany"), and the lead trial attorney for the above-captioned litigation for St. Tammany.

3. St. Tammany is seeking an award of its legal fees expended in responding to and defending the claims asserted in Plaintiffs' complaint, as amended, in this proceeding, as well as post-judgment motions filed by Plaintiffs.

4. As the lead attorney for St. Tammany, I have been personally involved with the timekeeping and invoicing relating to the defense of this proceeding since the Daigle Fisse & Kessenich law firm was engaged by St. Tammany. The review of all billing and time records

1

related to St. Tammany's defense was performed under my supervision, and I have personally verified each item included in this Affidavit.

5.  The contractually agreed hourly rates for those members of the Daigle, Fisse & Kessenich, PLC law firm handling this representation for St. Tammany are as follows:

      (a)    James L. Bradford, III - $225

      (b)    D. Stephen Brouillette, Jr. - $200

      (c)    Kirk N. Aurandt - $200

These hourly rates are consistent with the rates established by the Louisiana Attorney General for legal services provided to the State of Louisiana and its political subdivisions. *See* Exhibit A.

6.  In addition to those litigation expenses incurred from the inception of this proceeding through entry of the Final Judgment on 23 July 2020 (Doc. 140), St. Tammany incurred additional post-judgment litigation expenses opposing Plaintiffs' Motion to Alter Judgment under Rule 59(e) and Motion for Leave to File Third Amended Complaint. The following Table reflects those charges incurred by St. Tammany between entry of the Final Judgment and the denial of Plaintiffs' Motion to Alter Judgment under Rule 59(e) (Doc. 166) on 15 October 2020:

| Date | Tmkr | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 08/19/2020 | JLB | $225.00 | 2.50 | $562.50 | Receive/review Plaintiff's motion for new trial or to amend under rule 59(e) with attached supporting memorandum. |
| 08/20/2020 | DSB | $200.00 | 1.70 | $340.00 | Review/analyze Plaintiffs' Motion to Amend Judgment pursuant to Rule 59(e)) |
| 08/20/2020 | DSB | $200.00 | 0.40 | $80.00 | Review/analyze Plaintiffs' Motion for Leave to File 3rd Amended Complaint (regarding: attempt to revive dismissed lawsuit) |
| 08/20/2020 | DSB | $200.00 | 4.30 | $860.00 | Review/analyze Plaintiffs' proposed 3rd Amended Complaint (regarding: analysis of claims under Rule 12(b)(6) standards, exhibits, and other referenced documents) |

| Date | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 08/20/2020 | DSB | $200.00 | 0.50 | $100.00 | Communicate (with client): Draft/revise correspondence to client (regarding: Plaintiffs' Rule 59(e) Motion and attempt to file 3rd Amended Complaint) |
| 08/20/2020 | JLB | $225.00 | 0.20 | $45.00 | Receive/review Plaintiffs motion for leave to file third amended complaint |
| 08/20/2020 | JLB | $225.00 | 1.20 | $270.00 | Receive/review Plaintiffs' third amended complaint with numerous attachments. |
| 08/20/2020 | JLB | $225.00 | 2.30 | $517.50 | Analysis of whether the amendments as proposed in Third Amended Complaint will cure the Plaintiffs failure to state a claim under the Clean Water Act. |
| 08/20/2020 | JLB | $225.00 | 0.10 | $22.50 | Receive/review email from Mr. Koerner inquiring whether we will have an objection to his proposed motion for leave to file third amended complaint. |
| 08/20/2020 | JLB | $225.00 | 0.10 | $22.50 | Receive/review email from Richard Traina, counsel for the Louisiana Department of Environmental Quality, advising that the Department of Environmental Quality objects to plaintiff's motion for leave to file a third amending complaint. |
| 08/20/2020 | JLB | $225.00 | 0.30 | $67.50 | Exchange emails with Richard Traina of the LA DEQ advising of our initial thoughts and impressions on opposing plaintiff's motion for leave and lack of legal authority for plaintiffs to file same. |
| 08/21/2020 | DSB | $200.00 | 1.80 | $360.00 | Research/analyze Plaintiffs' ability to amend complaint after dismissed and final judgment entered by court (regarding: responding to Plaintiffs' Motion for Leave to File 3rd Amended Complaint) |
| 08/24/2020 | KNA | $200.00 | 0.50 | $100.00 | Review of district court's lack of subject matter jurisdiction once final judgment entered for possible addition to Memorandum in Opposition to Leave to File Amended Complaint |
| 08/24/2020 | JLB | $225.00 | 0.50 | $112.50 | Analysis of strategy of seeking motion to strike versus opposition to Plaintiffs' Motion to Amend the Complaint for a third time/review of Civil Procedure related to post judgment amendment of pleadings. |
| 08/24/2020 | JLB | $225.00 | 0.40 | $90.00 | Review/revise/finalize Memorandum in Support of Motion to Strike Plaintiffs' Motion for Leave to File Third Amended Complaint. |
| 08/24/2020 | DSB | $200.00 | 3.70 | $740.00 | Draft/revise Memorandum in Support of Motion to Strike Plaintiffs' Motion for Leave to File 3rd Amended Complaint (regarding: motion is improper until Judgment has been amended) |

3

| Date | Atty | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 08/24/2020 | JLB | $225.00 | 1.50 | $337.50 | Revise/finalize additional arguments in St Tammany is motion to strike Plaintiffs' motion for leave to file a third amended complaint. |
| 08/25/2020 | DSB | $200.00 | 2.80 | $560.00 | Draft/revise Motion to Strike Plaintiffs' Motion for Leave to File 3rd Amended Complaint and Support Memorandum |
| 08/25/2020 | DSB | $200.00 | 0.80 | $160.00 | Draft/revise Motion to Expedite consideration of Motion to Strike |
| 08/25/2020 | JLB | $225.00 | 1.00 | $225.00 | Receive/review memorandum in opposition to STPG's motion for attorney's fees and costs. |
| 08/26/2020 | KNA | $200.00 | 0.10 | $20.00 | Receipt and review of Order granting Motion to Expedite Hearing on Motion to Strike |
| 08/26/2020 | DSB | $200.00 | 0.20 | $40.00 | Review/analyze Order granting STPG's Motion to Expedite its Motion to Strike, setting accelerated briefing scheduling, and postponing submission date of Plaintiffs' Motion for Leave to File 3rd Amended Complaint |
| 08/26/2020 | DSB | $200.00 | 0.50 | $100.00 | Draft/revise correspondence to client (regarding: update to status of recent filings (Docs. 149-152), analysis of recent filings, and pleadings schedule going forward) |
| 08/28/2020 | JLB | $225.00 | 0.80 | $180.00 | Receipt and review Plaintiffs' Memorandum in Opposition to St. Tammany's Motion to Strike Plaintiffs' Motion for Leave to File a Third Amended Complaint. |
| 08/28/2020 | JLB | $225.00 | 0.20 | $45.00 | Draft email to client regarding our decision not to file a reply memorandum in support of our motion to strike Plaintiffs' Motion for Leave to File Third Amended Complaint/reasons therefore. |
| 08/31/2020 | DSB | $200.00 | 2.60 | $520.00 | Review/analyze Plaintiffs' Opposition to STPG's Motion to Strike and Exhibits (regarding: Plaintiffs' Motion for Leave to File 3rd Amended Complaint) |
| 08/31/2020 | DSB | $200.00 | 0.20 | $40.00 | Draft/revise correspondence to client (regarding: Plaintiffs' Opposition to Motion to Strike and expected decision timeline) |
| 08/31/2020 | DSB | $200.00 | 1.90 | $380.00 | Research/analyze standards for granting Rule 59(e) Motion (regarding: drafting opposition to Plaintiffs' Motion to Amend Judgment) |

| Date | Tkpr | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 08/31/2020 | DSB | $200.00 | 0.80 | $160.00 | Draft/revise STPG's Opposition to Plaintiffs' Motion to Amend Judgment (regarding: introduction and legal standards for Rule 59(e) Motions) |
| 08/31/2020 | JLB | $225.00 | 0.10 | $22.50 | Receive/review email from client authorizing us not to file a reply brief in connection with St. Tammany's motion to strike Plaintiffs' Third Amended Complaint. |
| 09/01/2020 | DSB | $200.00 | 0.20 | $40.00 | Review/analyze Magistrate Judge's Order denying Motion to Strike and denying Plaintiffs' Motion for Leave to File 3rd Amended Complaint |
| 09/01/2020 | DSB | $200.00 | 0.20 | $40.00 | Draft/revise correspondence to client (regarding: Magistrate Judge's Order denying Plaintiffs' Motion for Leave to File 3rd Amended Complaint) |
| 09/01/2020 | DSB | $200.00 | 4.50 | $900.00 | Draft/revise Opposition to Plaintiffs' Rule 59(e) Motion to Amend Judgment |
| 09/01/2020 | JLB | $225.00 | 0.60 | $135.00 | Receive/review plaintiff's sur-reply memorandum on the Third Amended Complaint and leave to file. |
| 09/01/2020 | JLB | $225.00 | 0.20 | $45.00 | Receive/review court order denying plaintiff's motion for leave to file third amended complaint |
| 09/02/2020 | KNA | $200.00 | 0.50 | $100.00 | Revise Memorandum in Opposition to Plaintiffs' Rule 59(e) motion to add Fifth Circuit case law discussing improper purposes for a Rule 59(e) motion and add additional case quotations to proposed brief |
| 09/02/2020 | KNA | $200.00 | 0.30 | $60.00 | Additional research in support of res judicata argument for possible insertion to opposition to Plaintiffs' Rule 59(e) motion |
| 09/02/2020 | DSB | $200.00 | 3.50 | $700.00 | Draft/revise Opposition Memorandum to Plaintiffs' Rule 59(e) Motion to Amend or Reconsider Judgment |
| 09/03/2020 | DSB | $200.00 | 0.70 | $140.00 | Receive/review correspondence from client attaching recent LA 4th Circuit Opinion (Lowenburg v Sewerage & Water Board of NO) (regarding: potentially reviving inverse condemnation claims by Plaintiffs) |
| 09/06/2020 | DSB | $200.00 | 4.50 | $900.00 | Draft/revise Opposition to Plaintiffs' Rule 59(e) Motion to Amend Judgment (regarding: adding argument and authority to buttress opposition to Dupre case cited by Plaintiffs) |

| Date | Atty | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 09/08/2020 | DSB | $200.00 | 2.00 | $400.00 | Final drafting and revision of STPG's Opposition to Plaintiffs' Rule 59(e) Motion to Amend Judgment |
| 09/08/2020 | KNA | $200.00 | 0.30 | $60.00 | Receipt and review of proposed revised Memorandum in Opposition to Plaintiffs' Rule 59(e) motion, prepare suggested edits |
| 09/08/2020 | KNA | $200.00 | 1.50 | $300.00 | Review cases cited by Plaintiffs in Memorandum in Support of Rule 59(e) to determine what jurisdiction's law was applicable in each case and in order to provide a parenthetical explanation for those cases in St. Tammany's Opposition Memorandum |
| 09/15/2020 | JLB | $225.00 | 1.70 | $382.50 | Receive and review Plaintiffs' reply memorandum of 25 pages with more than 30 pages of exhibits filed in support of its motion to amend the judgment. |
| 09/15/2020 | DSB | $200.00 | 3.50 | $700.00 | Review/analyze Plaintiffs' Reply Memorandum in Support of Rule 59(e) Motion to Amend Judgment and 6 new exhibits (regarding: analysis of Plaintiffs' arguments and consideration of whether sur-reply is warranted because of Plaintiffs' new arguments and exhibits) |
| 09/15/2020 | DSB | $200.00 | 0.40 | $80.00 | Review/analyze electronic communications from client and attached Lowenburg v Sewerage & Water Board of NOLA opinion (regarding: potential arguments and authority to be used by Plaintiffs) |
| 09/15/2020 | DSB | $200.00 | 0.60 | $120.00 | Draft/revise correspondence to client (regarding: Plaintiffs' Reply Memorandum and exhibits, all motions now submitted to Court for consideration in Clean Water Act lawsuit) |
| 09/16/2020 | KNA | $200.00 | 0.10 | $20.00 | Receipt and review of Court's Order granting Plaintiffs' Motion for Leave to File Reply Memorandum in Support of Rule 59(e) Motion for Reconsideration |
| 10/15/2020 | JLB | $225.00 | 0.50 | $112.50 | Receipt and review Judge Fallon's order and reasons denying plaintiffs' motion to amend and/or reconsider the Judgment. |
| 10/15/2020 | DSB | $200.00 | 0.50 | $0.00 | Review/analyze Order and Reasons denying Plaintiffs' Motion to Amend Judgment pursuant to Fed. R. Civ. P. 59(e) (Doc 166) **[No Charge]** |
| 10/15/2020 | DSB | $200.00 | 0.20 | $40.00 | Draft/revise correspondence to client (regarding: Order denying Rule 59 motion) |
| **TOTAL:** | | | 60.50 | $12,355.00 | |

6

7. The total amount of adjusted time expended by Daigle Fisse & Kessenich, PLC, attorneys representing St. Tammany in opposing Plaintiffs' post-judgment motions is 60.50 hours. *See* ¶ 6 Table, *supra*.

8. The total amount of adjusted attorney's fees incurred by St. Tammany Parish Government opposing Plaintiffs' post-judgment motion practice is $12,355.00. *See* ¶ 6 Table, *supra*.

9. The information contained in this Affidavit is true and correct to the best of my knowledge, information, and belief.

FURTHER, AFFIANT SAYETH NOT.

_____
JAMES L. BRADFORD, III

Sworn to and Subscribed Before Me, this the 11th day of February 2022.

_____
NOTARY PUBLIC

My Commission Expires:

D. Stephen Brouillette, Jr.
Bar Roll No. 29105
St. Tammany Parish, Louisiana
Commissioned for Life



Jeff Landry
Attorney General

**State of Louisiana**
DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 94005
BATON ROUGE
70804-9005

February 8, 2016

TO:       ALL INTERESTED PARTIES

FROM:     JEFF LANDRY, ATTORNEY GENERAL

SUBJECT:  MAXIMUM HOURLY FEE SCHEDULE

This is to advise all interested persons that the approved Maximum Hourly Fee Schedule of this office for professional legal services, effective this date, shall be as follows:

- $225.00   PER HOUR FOR ATTORNEYS HAVING EXPERIENCE OF TEN YEARS OR MORE IN THE PRACTICE OF LAW

- $175.00   PER HOUR FOR ATTORNEYS HAVING EXPERIENCE OF FIVE TO TEN YEARS IN THE PRACTICE OF LAW

- $150.00   PER HOUR FOR ATTORNEYS HAVING EXPERIENCE OF THREE TO FIVE YEARS IN THE PRACTICE OF LAW

- $125.00   PER HOUR FOR ATTORNEYS HAVING EXPERIENCE OF LESS THAN THREE YEARS IN THE PRACTICE OF LAW

- $60.00    PER HOUR FOR PARALEGAL SERVICES

- $40.00    PER HOUR FOR LAW CLERK SERVICES

JL/arg

# EXHIBIT A