UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS and JENNIFER AND CRAIG RIVERA<br><br>versus<br><br>THE ST. TAMMANY PARISH GOVERNMENT and THE STATE OF LOUISIANA THROUGH ITS LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | CIVIL ACTION<br><br>NO.  2:20-cv-00928<br><br>SECTION "L" MAG. DIV. (1)<br><br>JUDGE FALLON<br><br>MAGISTRATE VAN MEERVELD |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant, the St. Tammany Parish Government, will bring on the attached Motion for Attorney's Fees and Costs and Supplemental Motion for Attorney's Fees and Costs for submission before the Honorable Eldon E. Fallon, United States District Judge, United States District Court for the Eastern District of Louisiana, on the 2nd day of March, 2022, at 9:00 a.m.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ *D. Stephen Brouillette, Jr.*
James L. Bradford, III (#23662) (T.A.)
Kirk N. Aurandt (#25336)
D. Stephen Brouillette, Jr. (#29105)
P.O. Box 5350
Covington, LA  70434-5350
Telephone:  985.871.0800
Facsimile:   985.871.0899
Physical Address:
227 Highway 21
Madisonville, LA  70447
**COUNSEL FOR DEFENDANT,
ST. TAMMANY PARISH GOVERNMENT**

1

## CERTIFICATE OF SERVICE

I do hereby certify that on this 11th day of February 2022, this document was filed using the ECF system and service on all parties was accomplished through the Notice of Electronic Filing for Filing Users.

/s/ *D. Stephen Brouillette, Jr.*