UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS AND JENNIFER AND CRAIG RIVERA | CIVIL ACTION |
| Plaintiffs, | NO. 20-928 |
| vs. | SECTION "L" (1) |
| THE ST. TAMMANY PARISH GOVERNMENT AND THE STATE OF LOUISIANA THROUGH ITS LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | |
| Defendants. | |

**ORDER**

Considering the Motion for Leave to File Writ Application, R. Doc. 192:

**IT IS ORDERED** that the motion be **REFERRED** to the Magistrate Judge.

New Orleans, Louisiana, this 26th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE