UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRI LEWIS STEVENS, ET AL. | * | CIVIL ACTION NO. 20-928 |
| | * | |
| VERSUS | * | SECTION: "L"(1) |
| | * | |
| THE ST. TAMMANY PARISH | * | JUDGE ELDON E. FALLON |
| GOVERNMENT, ET AL. | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| ************************************* | * | |

<u>ORDER</u>

Before the Court is the Plaintiffs' Motion to File Writ Application Filed in the Supreme Court of Louisiana as 2022-C-00661. (Rec. Doc. 192). The plaintiffs have previously raised the argument that the Louisiana Supreme Court may nullify the underlying judgments, and the court is aware of the argument. The writ application itself will not assist the court in resolving the attorneys' fee issue. However, if the Louisiana Supreme Court rules on the writ application, the plaintiffs may file a notice regarding same into this record.

IT IS ORDERED that the Motion to File Writ Application (Rec. Doc. 192) is DENIED.

New Orleans, Louisiana, this 28th day of April, 2022.

Janis van Meerveld
United States Magistrate Judge