UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRI LEWIS STEVENS and JENNIFER AND CRAIG RIVERA<br><br>versus<br><br>THE ST. TAMMANY PARISH GOVERNMENT and THE STATE OF LOUISIANA THROUGH ITS LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | CIVIL ACTION<br><br>NO. 2:20-cv-00928<br><br>SECTION "L" MAG. DIV. (1)<br><br>JUDGE FALLON<br><br>MAGISTRATE VAN MEERVELD |

## **NOTICE OF ADJUDICATION OF RELATED CASE**

NOW COMES St. Tammany Parish Government ("St. Tammany"), and files this Notice of Adjudication of Related Case, which relates to St. Tammany's pending Motion for Attorney's Fees and Costs (Doc. 142) and Supplemental Motion for Attorney's Fees and Costs (Doc. 179).

1.     In their Opposition to St. Tammany's Supplemental Motion (Doc. 190), Plaintiffs requested this Court defer ruling on the pending Motions until such time as the Louisiana Supreme Court ruled on their Application for Writ of Certiorari.

2.     On 22 June 2022, the Louisiana Supreme Court denied Plaintiffs' Application for Writ of Certiorari. A copy of this ruling is attached hereto as Exhibit 1. This writ denial concludes all litigation in the related state court proceedings between these parties.

1

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: /s/ *D. Stephen Brouillette, Jr.*
James L. Bradford, III (#23662) (T.A.)
Kirk N. Aurandt (#25336)
D. Stephen Brouillette, Jr. (#29105)
P.O. Box 5350
Covington, LA  70434-5350
Telephone:  985.871.0800
Facsimile:   985.871.0899
Physical Address:
227 Highway 21
Madisonville, LA  70447
**COUNSEL FOR DEFENDANT,**
**ST. TAMMANY PARISH GOVERNMENT**

## CERTIFICATE OF SERVICE

I do hereby certify that on this 22nd day of June 2022, this document was filed using the ECF system and service on all parties was accomplished through the Notice of Electronic Filing for Filing Users.

/s/ *D. Stephen Brouillette, Jr.*

# The Supreme Court of the State of Louisiana

**TERRI LEWIS STEVENS AND JENNIFER FRUCHTNICHT WIFE OF/AND CRAIG RIVERA**

No. 2022-C-00661

VS.

**ST. TAMMANY PARISH GOVERNMENT**

------

IN RE: Terri Lewis Stevens - Applicant Plaintiff; Craig Rivera - Applicant Plaintiff; Jennifer Fruchnicht Rivera - Applicant Plaintiff; Jennifer Fruchtnicht wife of/and Craig Rivera - Applicant Plaintiff; Applying For Writ Of Certiorari, Parish of St. Tammany, 22nd Judicial District Court Number(s) 2015-10649, Court of Appeal, First Circuit, Number(s) 2021 CA 0686;

------

**June 22, 2022**

Writ application denied.

    JLW

    JDH

    SJC

    JTG

    WJC

    JBM

    PDG

Supreme Court of Louisiana
June 22, 2022

*Katie Marjanovic*
_____
Chief Deputy Clerk of Court
For the Court

**EXHIBIT 1**